involving facts dehors the record, *coram nobis* does not lie. We have already decided all of the questions which could be presented on appeal if permission were granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT PERILLO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE STARKS, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied on the ground that there is no appeal pending.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON VANN, JR., Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Application for reargument of motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK N. LAINO and JOSEPH BOLLETTIERI, Appellants.— Motion granted to prosecute appeals on one copy of stenographic minutes of entire proceedings of the trial, an original and five typewritten copies of the judgment roll and other papers constituting the record on appeal, including the Judge's charge, and time for argument of the appeals is hereby enlarged to include the September 1962 Term of court, upon condition that appellants' briefs are filed and served on or before June 15, 1962.

LEILA HOLDSWORTH, Individually and as Administratrix of the Estate of CHESTER HOLDSWORTH, Deceased, Plaintiff, v. TOWN OF MENDON et al., Defendants.— Motion granted and stay continued pending hearing and determination of the appeal, upon condition records and appellant's briefs are filed and served on or before March 5, 1962. If respondents' brief is not filed by March 15, 1962 the case will be submitted without respondents' brief.

(A) DORA MAZZO, Plaintiff, v. CHARLES GILLETTE, Defendant. (B) ANTHONY MAZZO, Plaintiff, v. CHARLES GILLETTE, Defendant.— [In each action] Appeal dismissed, without costs, upon stipulation.

(A) ARNOLD BECK, an Infant, by MORTON J. HECKERLING, Appellant, v. FREDERICK FESTER, an Infant, et al., Respondents. (B) NELLIE GUARINO, Appellant, v. PRITCHARD BUS CORP. et al., Respondents, et al., Defendant. ANTHONY GUARINO, Appellant, v. PRITCHARD BUS CORP., et al., Respondents, et al., Defendant. (C) MICHAEL MATWIJKO et al., Respondents, v. WALTER ZOLADZ LUMBER, BUILDERS SUPPLY AND FUEL CORP., Defendant, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL OIL COMPANY, INC., Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE SEYMOUR AUSTIN, Respondent.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BOYLE v. ROBERT E. MURPHY, as Warden of Auburn Prison.— Order entered substituting Francis Hessney, Esq., as attorney for appellant.

FIRST DEPARTMENT, MARCH, 1962

(March 1, 1962)

GEORGE M. PORGES, Appellant, v. GRACE LOORAM, Respondent.— No opinion. Concur — Breitel, J. P., McNally, Eager, Steuer and Bergan, JJ.